United States District Court
Southern District of Texas
**ENTERED**
May 14, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MANNY CANALES, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:17-cv-3176 |
| NATIONWIDE PROPERTY AND | § | |
| CASUALTY INSURANCE COMPANY. | § | |
| *Defendant.* | § | |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Came to be considered the Agreed Stipulation of Dismissal with Prejudice urged by Plaintiff Manny Canales and Defendant Nationwide Property and Casualty Insurance Company. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit are hereby dismissed with prejudice to re-filing, and that this matter is CLOSED.

Signed this 14 day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE

1